# EXHIBIT A

LAW OFFICES
# ROBINSON CURLEY & CLAYTON, P.C.
SUITE 1700
300 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

TELEPHONE (312) 663-3100
FACSIMILE (312) 663-0303

ELLEN G. ROBINSON
C. PHILIP CURLEY
FAY CLAYTON
ALAN F. CURLEY
CYNTHIA H. HYNDMAN
JOHN H. WICKERT
SUSAN VALENTINE
ALAN R. DOLINKO
ROBERT S. MICHAELS

CARL T. BERGETZ
JOHN D. CUMMINS, JR.
ELIZABETH J. HUBERTZ
ANGEL M. KRULL
ROBERT L. MARGOLIS
DARLENE M. OLIVER

December 20, 2004

<u>VIA FACSIMILE</u>

Christopher S. Griesmeyer
Gary Blackman
Levenfeld Pearlstein, LLC
2 North LaSalle Street
Suite 1300
Chicago, IL 60602

   Re: <u>Wachovia Securities, LLC v. Neuhauser, et al.; 04 C 3082</u>

Dear Chris:

  At your request, Defendants supplement their initial disclosures in the above-captioned matter as follows.

**Rule 26(a)(1)(A) Witnesses**: The following persons are believed to possess information relevant to the claims and defenses asserted in this litigation.

  **David Neuhauser**: Mr. Neuhauser is a party who should be contacted through his counsel Robinson Curley & Clayton, P.C., 300 South Wacker Drive, Suite 1700, Chicago, IL 60606, (312) 663-3100. Mr. Neuhauser is believed to have information concerning the opening of the Loop and NOLA accounts at Prudential and activity in those accounts, and that his actions referred to in the Complaint were taken in a representative and not a personal capacity.

  **Andrew A. Jahelka**: Mr. Jahelka is a party who should be contacted through his counsel Robinson Curley & Clayton, P.C., 300 South Wacker Drive, Suite 1700, Chicago, IL 60606, (312) 663-3100. Mr. Jahelka is believed to have information concerning the structure and operations of Loop, the structure of NOLA, the Loop account at Prudential, that his actions referred to in the Complaint were taken in a representative and not a personal capacity, and HRMI.

ROBINSON CURLEY & CLAYTON, P.C.

Christopher S. Griesmeyer
Gary Blackman
December 20, 2004
Page 2

**Richard Nichols**: Mr. Nichols is a party who should be contacted through his counsel Robinson Curley & Clayton, P.C., 300 South Wacker Drive, Suite 1700, Chicago, IL 60606, (312) 663-3100. Mr. Nichols is believed to have information concerning the structure of Loop and NOLA, the Loop account at Prudential, and that his actions referred to in the Complaint were taken in a representative and not a personal capacity.

**Leon A. Greenblatt III**: Mr. Greenblatt is a party who should be contacted through his counsel Robinson Curley & Clayton, P.C., 300 South Wacker Drive, Suite 1700, Chicago, IL 60606, (312) 663-3100. Mr. Greenblatt is believed to have information concerning the opening of the Loop and NOLA accounts at Prudential and activity in those accounts, the structure and operations of Loop, the structure of NOLA, that his actions referred to in the Complaint were taken in a representative and not a personal capacity, and HRMI.

**Kris Stelzner**: Mr. Stelzner's last known address and telephone number are 500 Lake Cook Road, Suite 100, Deerfield, IL 60015, (847) 948-1400. Mr. Stelzner is believed to have information concerning the opening of the Loop and NOLA accounts and activity in those accounts.

**Unknown Persons at Wachovia Securities, LLC** are believed to have information concerning the opening of the Loop and NOLA accounts and activity in those accounts, and events at HRMI.

**Rule 26(a)(1)(B) Documents**: Copies of the following categories of documents are in the possession of Defendants' counsel:

Documents produced by Respondents on March 26, 2004, and documents C00001 – C00191 produced by Claimant in the *Wachovia Securities v. Loop Corp, et al.*, arbitration, NYSE docket number 2003-011927.

Standstill Agreement dated May 19, 2000

HRMI Press Release dated April 3, 2001

HRMI Press Release dated April 23, 2001

NASDAQ Press Release dated May 22, 2001

## ROBINSON CURLEY & CLAYTON, P.C.

Christopher S. Griesmeyer
Gary Blackman
December 20, 2004
Page 3

    Internal Memorandum to HRM Board of Directors from Dr. Gary McIlroy dated 03/07/01

    Resolutions For Adoption By Board of Directors of Health Risk Management, Inc. at April 18, 2001 Meeting

    HRMI Form 10-K for fiscal year ended December 31, 2000

    Forms 13D dated March 20, 2001; April 5, 2001; April 12, 2001

    HRMI Form 10-K for fiscal year ended December 31, 2000

    HRMI Forms 8-K and 8-K-A dated May 18, 2201; June 22, 2001; August 7, 2001; October 1, 2001; October 24, 2001; November 9, 2001

Identification of any of the above documents, of course, in no way concedes that Defendants were the alter egos of Loop and NOLA.

    Please be sure to call me or John Wickert directly if you have any questions.

                          Very truly yours,

                          ROBINSON CURLEY & CLAYTON, P.C.

                          C. Philip Curley

CPC/dsr

cc:    John Wickert