# EXHIBIT 11



*Dorothy Brown*

# Clerk *of the* Circuit Court

## *Cook County*

Case Information Summary for Case Number
2004-CH-12239

Filing Date: 7/29/2004
Division: Chancery Division
Ad Damnum: $0.00

Case Type: GENERAL CHANCERY
District: First Municipal
Calendar: 16

### Party Information

| Plaintiff(s) | Attorney(s) |
|---|---|
| MARINE BANK | SONNENSCHEIN NATH & ROSEN |
| | 7800 SEARS TOWER 233 |
| | CHICAGO IL, 60606 |
| | (312) 876-8000 |
| 200 WEST PARTNERS LP | |

| Date of Service | Defendant(s) | Attorney(s) |
|---|---|---|
| | LOOP CORP SOUTH DAKOTA | SHARP ELIZABETH D |
| | | 330 S WELLS ST#1010 |
| | | CHICAGO IL, 60606 |
| | | (312) 344-5018 |
| | LOOP CORP | |
| | GREENBLATT III LEON A | ROBINSON CURLEY CLAYTON P |
| | | 300 S WACKER 1700 |
| | | CHICAGO IL, 60606 |
| | | (312) 663-3100 |

200 W PARTNERS LIMITED

OLD COLONY PARTNERS
LIMIT

BANCO PANAMERICANO          CHUHAK TECSON KIENLEN
                             ETC
                             30 S.WACKER DR.#2600
                             CHICAGO IL, 60606
                             (312) 444-9300


LOOP PROPERTIES INC


## Case Activity

Activity Date: 7/29/2004                    Participant: MARINE BANK
                    GENERAL CHANCERY FILED

          Court Fee: 271.00          Attorney: SONNENSCHEIN NATH &
                                               ROSEN


Activity Date: 7/29/2004                    Participant: MARINE BANK
                CASE SET ON CASE MANAGEMENT CALL

          Court Date: 12/17/2004     Judge: AGRAN, MARTIN S.
          Court Time: 1030           Attorney: SONNENSCHEIN NATH &
          Court Room: 2102                     ROSEN


Activity Date: 8/17/2004                    Participant: OLD COLONY PROPERTIES
                    SUMMONS - RETD P.S.
                                     Attorney: SONNENSCHEIN NATH &
                                               ROSEN


Activity Date: 8/17/2004                    Participant: 200 WEST PROPERTIES
                    SUMMONS - RETD P.S.
                                     Attorney: SONNENSCHEIN NATH &
                                               ROSEN


Activity Date: 8/17/2004                    Participant: OLD COLONY PARTNERS
                    SUMMONS - RETD P.S.

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 8/17/2004                    Participant: 200 WEST PARTNERS

SUMMONS - RETD P.S.

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 8/17/2004                    Participant: GREENBLATT III LEON

SUMMONS - RETD N.S.

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 8/17/2004                    Participant: GREENBLATT III LEON

CERTIFICATE FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 8/17/2004                    Participant: OLD COLONY PROPERTIES

CERTIFICATE FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 8/17/2004                    Participant: 200 WEST PROPERTIES

CERTIFICATE FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 8/17/2004                    Participant: OLD COLONY PARTNERS

CERTIFICATE FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 8/17/2004                    Participant: 200 WEST PARTNERS

CERTIFICATE FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 8/26/2004                    Participant: LOOP

SUMMONS - RETD N.S.

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 8/26/2004                                Participant: LOOP

CERTIFICATE FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 8/26/2004                                Participant: MARINE

MOTION TO APPOINT SPECIAL PROCESS SERVER

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 8/26/2004                                Participant: MARINE BANK

APPOINT SPECIAL DEPUTY - ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
Microfilm: CH040551576

Activity Date: 9/3/2004                                Participant: GREENBLATT III LEON

ALIAS SUMMONS - RETD P.S.

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 9/3/2004                                Participant: GREENBLATT III LEON

AFFIDAVIT OF SERVICE FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 9/9/2004                                Participant: GREENBLATT LEON

APPEARANCE FILED - FEE PAID -

Court Fee: 140.00                    Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 9/9/2004                                Participant: 200 WEST PARTNERS

APPEARANCE FILED - FEE PAID -

Court Fee: 140.00                    Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 9/9/2004                           Participant: OLD COLONY

APPEARANCE FILED - FEE PAID -

Court Fee: 140.00                    Attorney: ROBINSON CURLEY CLAYTON
                                                                    P


Activity Date: 9/9/2004                Participant: OLD COLONY PROPERTIES

APPEARANCE FILED - FEE PAID -

Court Fee: 140.00                    Attorney: ROBINSON CURLEY CLAYTON
                                                                    P


Activity Date: 9/9/2004              Participant: OLD COLONY PROPERTIES

CERTIFICATE OF MAILING FILED

                                     Attorney: ROBINSON CURLEY CLAYTON
                                                                    P


Activity Date: 9/9/2004                    Participant: GREENBLATT LEON

CERTIFICATE OF MAILING FILED

                                     Attorney: ROBINSON CURLEY CLAYTON
                                                                    P


Activity Date: 9/9/2004                    Participant: GREENBLATT LEON

NOTICE OF MOTION FILED

                                     Attorney: ROBINSON CURLEY CLAYTON
                                                                    P


Activity Date: 9/9/2004                    Participant: GREENBLATT LEON

MOTION FILED

                                     Attorney: ROBINSON CURLEY CLAYTON
                                                                    P


Activity Date: 9/16/2004                     Participant: MARINE BANK

CERTIFICATE FILED

                                     Attorney: SONNENSCHEIN NATH &
                                                        ROSEN


Activity Date: 9/16/2004                     Participant: MARINE BANK

MOTION TO APPOINT SPECIAL PROCESS SERVER

                                     Attorney: SONNENSCHEIN NATH &
                                                        ROSEN

Activity Date: 9/16/2004            Participant: MARINE BANK

### NOTICE OF MOTION FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 9/20/2004            Participant: MARINE BANK

### APPOINT SPECIAL DEPUTY - ALLOWED -

Court Room: 2102            Judge: AGRAN, MARTIN S.
Microfilm: CH040601642

Activity Date: 9/20/2004            Participant: LOOP CORP SOUT DAKOTA

### EXTEND TIME - ALLOWED -

Court Date: 10/25/2004            Judge: AGRAN, MARTIN S.
Court Room: 2102            Microfilm: CH040601643

Activity Date: 10/6/2004            Participant: LOOP CORP

### ALIAS SUMMONS - RETD P.S.

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 10/6/2004            Participant: LOOP CORP

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 10/13/2004            Participant: GREENBLATT LEON

### CERTIFICATE FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 10/13/2004            Participant: GREENBLATT LEON

### NOTICE OF MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 10/25/2004            Participant: LOOP CORP SOUTH DAKOTA

### EXHIBITS FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 10/25/2004                    Participant: LOOP CORP SOUTH DAKOTA

MOTION TO DISMISS FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 11/3/2004                     Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 1/18/2005            Judge: AGRAN, MARTIN S.
Court Time: 1100                 Microfilm: CH040702701
Court Room: 2102

Activity Date: 11/3/2004                     Participant: MARINE BANK

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2102                 Judge: AGRAN, MARTIN S.
                                 Microfilm: CH040702701

Activity Date: 11/3/2004                     Participant: MARINE BANK

DISCOVERY - ALLOWED -

Court Room: 2102                 Judge: AGRAN, MARTIN S.
                                 Microfilm: CH040702701

Activity Date: 11/3/2004                     Participant: MARINE BANK

SET BRIEFING SCHEDULE - ALLOWED -

Court Room: 2102                 Judge: AGRAN, MARTIN S.
                                 Microfilm: CH040702701

Activity Date: 11/7/2004                     Participant: MARINE BANK

CASE MGMT CALL NOTICE MAILED

Court Date: 12/17/2004
Court Time: 1030
Court Room: 2102

Activity Date: 11/17/2004                    Participant: LOOP CORP SOUTH DAKOTA

CERTIFICATE OF MAILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 11/17/2004       Participant: LOOP CORPORATION

EXHIBITS FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 11/17/2004       Participant: LOOP CORPORATION

ANSWER AND COUNTERCLAIM FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 11/17/2004       Participant: LOOP CORP SOUTH DAKOTA

NOTICE OF FILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 12/8/2004       Participant: MARINE BANK

CERTIFICATE OF MAILING FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 12/8/2004       Participant: MARINE BK

CERTIFICATE OF MAILING FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 12/8/2004       Participant: MARINE BK

EXHIBITS FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 12/8/2004       Participant: MARINE BANK

ANSWER AND COUNTERCLAIM FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 12/8/2004       Participant: MARINE BK

Case: 1:04-cv-03082 Document #: 255-12 Filed: 07/09/07 Page 10 of 40 PageID #:4566

NOTICE OF MOTION FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 12/8/2004                    Participant: MARINE BANK

NOTICE OF FILING FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 12/8/2004                    Participant: MARINE BK

MOTION FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 12/17/2004                   Participant: MARINE BANK

ADVANCE OR RESET ON CALL

Court Date: 1/18/2005              Judge: AGRAN, MARTIN S.
Court Time: 1030                  Microfilm: CH040802347
Court Room: 2102

Activity Date: 12/17/2004                   Participant: LOOP CORP SOUT DAKOTA

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Room: 2102                  Judge: AGRAN, MARTIN S.
                                 Microfilm: CH040802347

Activity Date: 12/17/2004                   Participant: MARINE BANK

STRIKE OR WITHDRAW MOTION OR PETITION - ALLOWED -

Court Room: 2102                  Judge: AGRAN, MARTIN S.
                                 Microfilm: CH040802347

Activity Date: 12/17/2004                   Participant: MARINE BANK

AMEND COMPLAINT OR PETITION - ALLOWED -

Court Room: 2102                  Judge: AGRAN, MARTIN S.
                                 Microfilm: CH040802347

Activity Date: 12/17/2004                   Participant: MARINE BANK

STRIKE FROM THE CALL - ALLOWED -

Court Date: 1/18/2005             Judge: AGRAN, MARTIN S.

Court Room: 2102          Microfilm: CH040802347

Activity Date: 12/17/2004                    Participant: MARINE BANK

STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

Court Date: 12/17/2004          Judge: AGRAN, MARTIN S.
Court Room: 2102                Microfilm: CH040802347

Activity Date: 1/3/2005                      Participant: MARINE BANK

EXHIBITS FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 1/3/2005                      Participant: MARINE BANK

NOTICE OF MOTION FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 1/3/2005                      Participant: MARINE BANK

MOTION FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 1/12/2005                     Participant: MARINE BANK

AMEND COMPLAINT OR PETITION - ALLOWED -

Court Room: 2102                Judge: AGRAN, MARTIN S.
                               Microfilm: CH050031172

Activity Date: 1/13/2005                     Participant: MARINE BANK

ADVANCE OR RESET ON CALL

Court Date: 2/22/2005          Judge: AGRAN, MARTIN S.
Court Time: 1030               Microfilm: CH050032533
Court Room: 2102

Activity Date: 1/13/2005               Participant: LOOP CORP SOUT DAKOTA

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Room: 2102                Judge: AGRAN, MARTIN S.
                               Microfilm: CH050032533

Activity Date: 1/13/2005                          Participant: MARINE BANK

AMEND COMPLAINT OR PETITION - ALLOWED -

Court Room: 2102                          Judge: AGRAN, MARTIN S.
                                          Microfilm: CH050032533


Activity Date: 1/13/2005                          Participant: MARINE BANK

STRIKE FROM THE CALL - ALLOWED -

Court Date: 1/18/2005                          Judge: AGRAN, MARTIN S.
Court Room: 2102                          Microfilm: CH050032533


Activity Date: 1/14/2005                          Participant: MARINE BANK

CERTIFICATE OF MAILING FILED

                                          Attorney: SONNENSCHEIN NATH &
                                          ROSEN


Activity Date: 1/14/2005                          Participant: MARINE BANK

EXHIBITS FILED

                                          Attorney: SONNENSCHEIN NATH &
                                          ROSEN


Activity Date: 1/14/2005                          Participant: MARINE BANK

AMENDED COMPLAINT FILED

                                          Attorney: SONNENSCHEIN NATH &
                                          ROSEN


Activity Date: 1/14/2005                          Participant: MARINE BANK

NOTICE OF FILING FILED

                                          Attorney: SONNENSCHEIN NATH &
                                          ROSEN


Activity Date: 2/8/2005                          Participant: LOOP PROPERTIES INC

SUMMONS - RETD P.S.

                                          Attorney: SONNENSCHEIN NATH &
                                          ROSEN


Activity Date: 2/8/2005                          Participant: BANCO PANAMERICANO

SUMMONS - RETD P.S.

                                          Attorney: SONNENSCHEIN NATH &

ROSEN

Activity Date: 2/8/2005     Participant: LOOP PROPERTIES INC

CERTIFICATE FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 2/8/2005     Participant: BANCO PANAMERICANO

CERTIFICATE FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 2/14/2005     Participant: LOOP CORP

CERTIFICATE FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 2/14/2005     Participant: LOOP CORP

NOTICE OF MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 2/14/2005     Participant: LOOP CORP

MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 2/16/2005     Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 3/14/2005     Judge: AGRAN, MARTIN S.
Court Time: 1030     Microfilm: CH050102262
Court Room: 2102

Activity Date: 2/16/2005     Participant: LOOP CORP SOUT DAKOTA

EXTEND TIME - ALLOWED -

Court Date: 2/22/2005     Judge: AGRAN, MARTIN S.
Court Room: 2102     Microfilm: CH050102262

Activity Date: 2/22/2005     Participant: LOOP CORP SOUTH DAKOTA

CERTIFICATE FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 2/22/2005                    Participant: LOOP CORP SOUTH DAKOTA

NOTICE OF FILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 2/22/2005                    Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 3/14/2005            Judge: AGRAN, MARTIN S.
Court Time: 1030                 Microfilm: CH050112899
Court Room: 2102

Activity Date: 2/28/2005                    Participant: BANCO PANAMERICANO

APPEARANCE FILED - FEE PAID -

Court Fee: 143.00                Attorney: CHUHAK TECSON KIENLEN
                                 ETC

Activity Date: 2/28/2005                    Participant: LOOP PROPERTIES

APPEARANCE FILED - FEE PAID -

Court Fee: 143.00                Attorney: SHARP ELIZABETH D

Activity Date: 2/28/2005                    Participant: LOOP CORP

APPEARANCE FILED - FEE PAID -

Court Fee: 143.00                Attorney: SHARP ELIZABETH D

Activity Date: 2/28/2005                    Participant: LOOP PROPERTIES

CERTIFICATE OF MAILING FILED

Attorney: SHARP ELIZABETH D

Activity Date: 2/28/2005                    Participant: LOOP PROPERTIES

CERTIFICATE OF MAILING FILED

Attorney: SHARP ELIZABETH D

Activity Date: 2/28/2005                    Participant: BANCO PANAMERICANO INC

NOTICE OF MOTION FILED

Attorney: CHUHAK TECSON KIENLEN
ETC

Activity Date: 2/28/2005                    Participant: LOOP PROPERTIES

NOTICE OF MOTION FILED

Attorney: SHARP ELIZABETH D

Activity Date: 2/28/2005                    Participant: BANCO PANAMERICANO INC

PROOF OF SERVICE FILED

Attorney: CHUHAK TECSON KIENLEN
ETC

Activity Date: 2/28/2005                    Participant: MARINE BANK

MOTION FILED

Attorney: CHUHAK TECSON KIENLEN
ETC

Activity Date: 2/28/2005                    Participant: LOOP PROPERTIES

MOTION FILED

Attorney: SHARP ELIZABETH D

Activity Date: 3/9/2005                     Participant: MARINE BANKK

CERTIFICATE OF MAILING FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 3/9/2005                     Participant: MARINE BANKK

EXHIBITS FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 3/9/2005                     Participant: MARINE BANKK

NOTICE OF MOTION FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 3/9/2005                     Participant: MARINE BANKK

MOTION FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 3/9/2005                Participant: LOOP CORP SOUT DAKOTA

EXTEND TIME - ALLOWED -

Court Date: 3/21/2005              Judge: AGRAN, MARTIN S.
Court Room: 2102                   Microfilm: CH050143586

Activity Date: 3/10/2005                Participant: MARINE BANK

CERTIFICATE OF MAILING FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 3/10/2005                Participant: MARINE BANK

EXHIBITS FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 3/10/2005                Participant: MARINE BANK

NOTICE OF MOTION FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 3/10/2005                Participant: MARINE BANK

MOTION FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 3/14/2005                Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 5/12/2005              Judge: AGRAN, MARTIN S.
Court Time: 1100                   Microfilm: CH050162197
Court Room: 2102

Activity Date: 3/14/2005                Participant: MARINE BANK

MOTION TO - ALLOWED -

Court Room: 2102                   Judge: AGRAN, MARTIN S.

Microfilm: CH050162197

Activity Date: 3/14/2005                    Participant: MARINE BANK

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
Microfilm: CH050162197

Activity Date: 3/14/2005                    Participant: LOOP CORP SOUT DAKOTA

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
Microfilm: CH050162197

Activity Date: 3/14/2005                    Participant: MARINE BANK

STRIKE FROM THE CALL - ALLOWED -

Court Date: 3/16/2005                    Judge: AGRAN, MARTIN S.
Court Room: 2102                    Microfilm: CH050162197

Activity Date: 3/14/2005                    Participant: MARINE BANK

SET BRIEFING SCHEDULE - ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
Microfilm: CH050162197

Activity Date: 3/21/2005                    Participant: LOOP PROPERTIES

CERTIFICATE OF MAILING FILED

Attorney: SHARP ELIZABETH D

Activity Date: 3/21/2005                    Participant: LOOP PROPERTIES

ANSWER TO AMENDED COMPLAINT FILED

Attorney: SHARP ELIZABETH D

Activity Date: 3/21/2005                    Participant: LOOP PROPERTIES

AFFIRMATIVE DEFENSE FILED

Attorney: SHARP ELIZABETH D

Activity Date: 3/31/2005                    Participant: BANCO

ANSWER TO AMENDED COMPLAINT FILED

Attorney: CHUHAK TECSON KIENLEN
ETC

Activity Date: 3/31/2005                    Participant: MARINE BANK

NOTICE OF FILING FILED

Attorney: CHUHAK TECSON KIENLEN
ETC

Activity Date: 3/31/2005                    Participant: MARINE BANK

PROOF OF SERVICE FILED

Attorney: CHUHAK TECSON KIENLEN
ETC

Activity Date: 4/11/2005                    Participant: LOOP CORP

CERTIFICATE OF MAILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 4/11/2005                    Participant: MARINE BANK

CERTIFICATE OF MAILING FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 4/11/2005                    Participant: LOOP CORP SO. DAKOTA

EXHIBITS FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 4/11/2005                    Participant: MARINE BANK

EXHIBITS FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 4/11/2005                    Participant: LOOP CORP SO. DAKOTA

ANSWER TO MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 4/11/2005                          Participant: MARINE BANK

NOTICE OF MOTION FILED

Attorney: SONNENSCHEIN NATH &
ROSEN


Activity Date: 4/11/2005                          Participant: LOOP CORP

NOTICE OF FILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P


Activity Date: 4/11/2005                          Participant: MARINE BANK

MOTION TO DISMISS FILED

Attorney: SONNENSCHEIN NATH &
ROSEN


Activity Date: 4/19/2005                          Participant: LOOP CORP SOUT DAKOTA

AMEND - ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                                    Microfilm: CH050230491


Activity Date: 4/19/2005                          Participant: MARINE BANK

ADVANCE OR RESET ON CALL

Court Date: 6/20/2005               Judge: AGRAN, MARTIN S.
Court Time: 1030                    Microfilm: CH050230491
Court Room: 2102


Activity Date: 4/19/2005                          Participant: MARINE BANK

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                                    Microfilm: CH050230491


Activity Date: 4/19/2005                          Participant: MARINE BANK

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                                    Microfilm: CH050230491


Activity Date: 4/19/2005                          Participant: MARINE BANK

STRIKE OR WITHDRAW MOTION OR PETITION - ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                                    Microfilm: CH050230491


Activity Date: 4/19/2005                    Participant: MARINE BANK
       STRIKE OR WITHDRAW MOTION OR PETITION - ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                                    Microfilm: CH050230491


Activity Date: 4/19/2005                    Participant: MARINE BANK
            STRIKE FROM THE CALL - ALLOWED -

Court Date: 5/12/2005               Judge: AGRAN, MARTIN S.
Court Room: 2102                    Microfilm: CH050230491


Activity Date: 5/10/2005                    Participant: MARINE BANK
                    ANSWER FILED
                                    Attorney: SONNENSCHEIN NATH &
                                    ROSEN


Activity Date: 5/16/2005                    Participant: LOOP CORP
            CERTIFICATE OF MAILING FILED
                                    Attorney: ROBINSON CURLEY CLAYTON
                                    P


Activity Date: 5/16/2005                    Participant: LOOP CORP
                NOTICE OF FILING FILED
                                    Attorney: ROBINSON CURLEY CLAYTON
                                    P


Activity Date: 6/6/2005                     Participant: MARINE BANK
            CERTIFICATE OF MAILING FILED
                                    Attorney: SONNENSCHEIN NATH &
                                    ROSEN


Activity Date: 6/6/2005                     Participant: MARINE BANK
        ANSWER TO AFFIRMATIVE DEFENSE FILED
                                    Attorney: SONNENSCHEIN NATH &
                                    ROSEN


Activity Date: 6/20/2005                    Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 8/8/2005                     Judge: AGRAN, MARTIN S.
Court Time: 1030                          Microfilm: CH050361598
Court Room: 2102


Activity Date: 7/1/2005                                    Participant: LOOP

CERTIFICATE OF MAILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P


Activity Date: 7/1/2005                                    Participant: LOOP

NOTICE OF MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P


Activity Date: 7/1/2005                                 Participant: LOOP CORP

MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P


Activity Date: 7/7/2005                              Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 8/8/2005                     Judge: AGRAN, MARTIN S.
Court Time: 1030                          Microfilm: CH050392004
Court Room: 2102


Activity Date: 7/7/2005                   Participant: LOOP CORP SOUT DAKOTA

EXTEND TIME - ALLOWED -

Court Date: 7/29/2005                    Judge: AGRAN, MARTIN S.
Court Room: 2102                          Microfilm: CH050392004


Activity Date: 7/22/2005                             Participant: LOOP CORP

CERTIFICATE OF MAILING FILED

Attorney: SHARP ELIZABETH D


Activity Date: 7/22/2005                             Participant: LOOP CORP

NOTICE OF MOTION FILED

Attorney: SHARP ELIZABETH D

Activity Date: 7/22/2005                    Participant: LOOP CORP

MOTION FILED

Attorney: SHARP ELIZABETH D


Activity Date: 7/29/2005              Participant: LOOP CORP SOUT DAKOTA

EXTEND TIME - ALLOWED -

Court Date: 9/9/2005              Judge: AGRAN, MARTIN S.
Court Room: 2102                  Microfilm: CH050442021


Activity Date: 7/29/2005              Participant: LOOP CORP SOUT DAKOTA

MOTION TO - ALLOWED -

Court Room: 2102                  Judge: AGRAN, MARTIN S.
                                 Microfilm: CH050442021


Activity Date: 8/3/2005              Participant: OLD COLONY PROPERTIES

CERTIFICATE OF MAILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P


Activity Date: 8/3/2005              Participant: OLD COLONY PROPERTIES

EXHIBITS FILED

Attorney: ROBINSON CURLEY CLAYTON
P


Activity Date: 8/3/2005              Participant: OLD COLONY PROPERTIES

NOTICE OF MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P


Activity Date: 8/3/2005              Participant: OLD COLONY PROPERTIES

MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P


Activity Date: 8/5/2005                    Participant: BANCO POLAR

NOTICE OF MOTION FILED

Attorney: CHUHAK TECSON KIENLEN

ETC

Activity Date: 8/5/2005                          Participant: BANCO POLAR

PROOF OF SERVICE FILED

Attorney: CHUHAK TECSON KIENLEN
ETC

Activity Date: 8/5/2005                          Participant: BANCO POLAR

MOTION FILED

Attorney: CHUHAK TECSON KIENLEN
ETC

Activity Date: 8/8/2005                          Participant: BANCO

EXTEND TIME - ALLOWED -

Court Date: 9/9/2005              Judge: AGRAN, MARTIN S.
Court Room: 2102                  Microfilm: CH050461439

Activity Date: 8/8/2005                          Participant: MARINE BANK

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2102                  Judge: AGRAN, MARTIN S.
                                  Microfilm: CH050461440

Activity Date: 8/8/2005                          Participant: MARINE BANK

STRIKE FROM THE CALL - ALLOWED -

Court Date: 8/16/2005             Judge: AGRAN, MARTIN S.
Court Room: 2102                  Microfilm: CH050461439

Activity Date: 8/8/2005                          Participant: MARINE BANK

CASE SET ON PRE-TRIAL CALL

Court Date: 8/29/2005             Judge: AGRAN, MARTIN S.
Court Time: 0130                  Microfilm: CH050461440
Court Room: 2102

Activity Date: 8/8/2005                          Participant: MARINE BANK

MOTION TO - CONTINUED -

Court Date: 8/29/2005             Judge: AGRAN, MARTIN S.
Court Time: 0130                  Microfilm: CH050461439

Court Room: 2102

Activity Date: 8/19/2005        Participant: LOOP CORP

CERTIFICATE OF MAILING FILED

Attorney: SHARP ELIZABETH D

Activity Date: 8/19/2005        Participant: LOOP CORP

MEMORANDUM FILED

Attorney: SHARP ELIZABETH D

Activity Date: 8/19/2005        Participant: LOOP CORP

NOTICE OF FILING FILED

Attorney: SHARP ELIZABETH D

Activity Date: 8/29/2005        Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 9/26/2005        Judge: AGRAN, MARTIN S.
Court Time: 0130        Microfilm: CH050492194
Court Room: 2102

Activity Date: 8/29/2005        Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 11/8/2005        Judge: AGRAN, MARTIN S.
Court Time: 1100        Microfilm: CH050492195
Court Room: 2102

Activity Date: 8/29/2005        Participant: MARINE BANK

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON - ALLOWED -

Court Room: 2102        Judge: AGRAN, MARTIN S.
Microfilm: CH050492195

Activity Date: 8/29/2005        Participant: MARINE BANK

AMEND COMPLAINT OR PETITION - ALLOWED -

Court Room: 2102        Judge: AGRAN, MARTIN S.
Microfilm: CH050492195

Activity Date: 8/29/2005        Participant: MARINE BANK

SET BRIEFING SCHEDULE - ALLOWED -

Court Room: 2102                          Judge: AGRAN, MARTIN S.
                                          Microfilm: CH050492195


Activity Date: 8/30/2005                         Participant: MARINE

                    AFFIDAVIT FILED

                          Attorney: SONNENSCHEIN NATH &
                                    ROSEN


Activity Date: 8/30/2005                         Participant: MARINE

                    AFFIDAVIT FILED

                          Attorney: PRO SE


Activity Date: 8/30/2005                         Participant: MARINE

              CERTIFICATE OF MAILING FILED

                          Attorney: SONNENSCHEIN NATH &
                                    ROSEN


Activity Date: 8/30/2005                         Participant: MARINE

                    EXHIBITS FILED

                          Attorney: SONNENSCHEIN NATH &
                                    ROSEN


Activity Date: 8/30/2005                         Participant: MARINE

                    EXHIBITS FILED

                          Attorney: SONNENSCHEIN NATH &
                                    ROSEN


Activity Date: 8/30/2005                         Participant: MARINE

                    EXHIBITS FILED

                          Attorney: PRO SE


Activity Date: 8/30/2005                         Participant: MARINE

              AMENDED COMPLAINT FILED

                          Attorney: SONNENSCHEIN NATH &
                                    ROSEN


Activity Date: 8/30/2005                         Participant: MARINE

BRIEF FILED

Attorney: PRO SE

Activity Date: 8/30/2005                    Participant: MARINE

MOTION FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 9/16/2005                    Participant: LOOP CORP

CERTIFICATE OF MAILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 9/16/2005                    Participant: LOOP CORP

NOTICE OF DEPOSITION FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 9/19/2005                    Participant: LOOP CORP

CERTIFICATE FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 9/19/2005                    Participant: LOOP CORP

NOTICE OF MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 9/19/2005                    Participant: LOOP CORP

MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 9/26/2005            Participant: LOOP CORP SOUT DAKOTA

CONTINUANCE - ALLOWED -

Court Date: 10/19/2005          Judge: AGRAN, MARTIN S.
Court Time: 0130                Microfilm: CH050541688
Court Room: 2102

Activity Date: 9/26/2005                    Participant: LOOP CORP SOUT DAKOTA

MISCELLANEOUS MOTION - ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                                    Microfilm: CH050541688


Activity Date: 10/19/2005                    Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 11/3/2005                    Judge: AGRAN, MARTIN S.
Court Time: 0130                         Microfilm: CH050590097
Court Room: 2102


Activity Date: 11/3/2005                    Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 11/9/2005                    Judge: AGRAN, MARTIN S.
Court Time: 1200                         Microfilm: CH050611770
Court Room: 2102


Activity Date: 11/9/2005                    Participant: LOOP CORP SOUT DAKOTA

CONTINUANCE - ALLOWED -

Court Date: 11/21/2005                    Judge: AGRAN, MARTIN S.
Court Time: 1030                          Microfilm: CH050621562
Court Room: 2102


Activity Date: 11/21/2005                    Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 2/15/2006                    Judge: AGRAN, MARTIN S.
Court Time: 1130                         Microfilm: CH050642349
Court Room: 2102


Activity Date: 11/21/2005                    Participant: LOOP CORP SOUT DAKOTA

CONTINUANCE - ALLOWED -

Court Date: 1/5/2006                    Judge: AGRAN, MARTIN S.
Court Time: 1130                        Microfilm: CH050642350
Court Room: 2102


Activity Date: 11/21/2005                    Participant: LOOP CORP SOUT DAKOTA

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.

Microfilm: CH050642351

Activity Date: 11/21/2005                    Participant: LOOP CORP SOUT DAKOTA

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                                    Microfilm: CH050642349

Activity Date: 11/21/2005                    Participant: MARINE BANK

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                                    Microfilm: CH050642349

Activity Date: 11/21/2005                    Participant: MARINE BANK

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                                    Microfilm: CH050642350

Activity Date: 11/21/2005                    Participant: LOOP CORP SOUT DAKOTA

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                                    Microfilm: CH050642350

Activity Date: 11/21/2005                    Participant: LOOP CORP SOUT DAKOTA

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                                    Microfilm: CH050642351

Activity Date: 11/21/2005                    Participant: MARINE BANK

SET BRIEFING SCHEDULE - ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                                    Microfilm: CH050642349

Activity Date: 11/21/2005                    Participant: LOOP CORP SOUT DAKOTA

SET BRIEFING SCHEDULE - ALLOWED -

Court Room: 2102                     Judge: AGRAN, MARTIN S.
                                     Microfilm: CH050642350


Activity Date: 12/5/2005             Participant: LOOP PROPERTIES INC
          CERTIFICATE OF MAILING FILED
                                     Attorney: SHARP ELIZABETH D


Activity Date: 12/5/2005             Participant: LOOP CORP OF SOUT DAKOT
          CERTIFICATE OF MAILING FILED
                                     Attorney: ROBINSON CURLEY CLAYTON
                                     P


Activity Date: 12/5/2005             Participant: LOOP PROPERTIES INC
          ANSWER TO AMENDED COMPLAINT FILED
                                     Attorney: SHARP ELIZABETH D


Activity Date: 12/5/2005             Participant: BANCO PANAMERICANO INC
          ANSWER TO AMENDED COMPLAINT FILED
                                     Attorney: CHUHAK TECSON KIENLEN
                                     ETC


Activity Date: 12/5/2005             Participant: LOOP CORP OF SOUT DAKOT
          ANSWER TO AMENDED COMPLAINT FILED
                                     Attorney: ROBINSON CURLEY CLAYTON
                                     P


Activity Date: 12/5/2005             Participant: BANCO PANAMERICANO INC
          NOTICE OF FILING FILED
                                     Attorney: CHUHAK TECSON KIENLEN
                                     ETC


Activity Date: 12/5/2005             Participant: LOOP CORP OF SOUT DAKOT
          NOTICE OF FILING FILED
                                     Attorney: ROBINSON CURLEY CLAYTON
                                     P


Activity Date: 12/19/2005            Participant: MARINE
          CERTIFICATE OF MAILING FILED

Attorney: SONNENSCHEIN NATH & ROSEN

Activity Date: 12/19/2005                    Participant: MARINE BANK

ANSWER TO MOTION FILED

Attorney: SONNENSCHEIN NATH & ROSEN

Activity Date: 12/19/2005                    Participant: MARINE

NOTICE OF MOTION FILED

Attorney: SONNENSCHEIN NATH & ROSEN

Activity Date: 12/19/2005                    Participant: MARINE

NOTICE OF FILING FILED

Attorney: SONNENSCHEIN NATH & ROSEN

Activity Date: 12/19/2005                    Participant: MARINE

MOTION FILED

Attorney: SONNENSCHEIN NATH & ROSEN

Activity Date: 12/23/2005                    Participant: MARINE

CERTIFICATE FILED

Attorney: SONNENSCHEIN NATH & ROSEN

Activity Date: 12/23/2005                    Participant: MARINE

EXHIBITS FILED

Attorney: SONNENSCHEIN NATH & ROSEN

Activity Date: 12/23/2005                    Participant: MARINE

NOTICE OF MOTION FILED

Attorney: SONNENSCHEIN NATH & ROSEN

Activity Date: 12/23/2005                    Participant: MARINE

MOTION FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 12/27/2005                    Participant: OLD

CERTIFICATE OF MAILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 12/27/2005                    Participant: OLD

EXHIBITS FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 12/27/2005                    Participant: OLD

ANSWER FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 12/27/2005                    Participant: OLD

NOTICE OF FILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 12/29/2005          Participant: LOOP CORP SOUT DAKOTA

CONTINUANCE - ALLOWED -

Court Date: 2/15/2006          Judge: AGRAN, MARTIN S.
Court Time: 1130              Microfilm: CH050710413
Court Room: 2102

Activity Date: 12/29/2005                    Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 1/13/2006          Judge: AGRAN, MARTIN S.
Court Time: 1030              Microfilm: CH050710414
Court Room: 2102

Activity Date: 12/29/2005                    Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 2/15/2006        Judge: AGRAN, MARTIN S.
Court Time: 1130        Microfilm: CH050710416
Court Room: 2102

Activity Date: 12/29/2005        Participant: MARINE BANK

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2102        Judge: AGRAN, MARTIN S.
Microfilm: CH050710413

Activity Date: 12/29/2005        Participant: LOOP CORP SOUT DAKOTA

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2102        Judge: AGRAN, MARTIN S.
Microfilm: CH050710413

Activity Date: 12/29/2005        Participant: LOOP CORP SOUT DAKOTA

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2102        Judge: AGRAN, MARTIN S.
Microfilm: CH050710414

Activity Date: 12/29/2005        Participant: MARINE BANK

STRIKE OR WITHDRAW MOTION OR PETITION - ALLOWED -

Court Room: 2102        Judge: AGRAN, MARTIN S.
Microfilm: CH050710416

Activity Date: 12/29/2005        Participant: MARINE BANK

MISCELLANEOUS MOTION - ALLOWED -

Court Room: 2102        Judge: AGRAN, MARTIN S.
Microfilm: CH050710414

Activity Date: 12/29/2005        Participant: LOOP CORP SOUT DAKOTA

SET BRIEFING SCHEDULE - ALLOWED -

Court Room: 2102        Judge: AGRAN, MARTIN S.
Microfilm: CH050710413

Activity Date: 1/5/2006        Participant: MARINE BANK

CASE SET ON STATUS CALL

Court Date: 2/15/2006        Judge: AGRAN, MARTIN S.
Court Time: 1130        Microfilm: CH060012350
Court Room: 2102

Activity Date: 1/6/2006        Participant: 200

CERTIFICATE OF MAILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 1/6/2006        Participant: 200

EXHIBITS FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 1/6/2006        Participant: 200

NOTICE OF FILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 1/6/2006        Participant: 200

REQUEST FOR ADMISSION OF FACTS FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 1/13/2006        Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 2/15/2006        Judge: AGRAN, MARTIN S.
Court Time: 1030        Microfilm: CH060032878
Court Room: 2102

Activity Date: 1/19/2006        Participant: 200

CERTIFICATE OF MAILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 1/19/2006        Participant: 200

MEMORANDUM FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 1/19/2006                              Participant: 200

NOTICE OF FILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 1/26/2006                              Participant: MARINE

CERTIFICATE OF MAILING FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 1/26/2006                              Participant: MARINE

ANSWER FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 1/30/2006                     Participant: LOOP CORP SOUTH DAKOTA

CERTIFICATE FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 1/30/2006                     Participant: LOOP CORP SOUTH DAKOTA

NOTICE OF MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 1/30/2006                     Participant: LOOP CORP SOUTH DAKOTA

MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 2/1/2006                              Participant: MARINE BANK

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                          Microfilm: CH060063401

Activity Date: 2/1/2006                    Participant: LOOP CORP SOUT DAKOTA

STRIKE FROM THE CALL - ALLOWED -

Court Room: 2102                    Judge: AGRAN, MARTIN S.
                                    Microfilm: CH060063401


Activity Date: 2/1/2006                    Participant: LOOP CORP SOUT DAKOTA

CASE SET ON STATUS CALL

Court Date: 2/7/2006               Judge: AGRAN, MARTIN S.
Court Time: 1030                   Microfilm: CH060063401
Court Room: 2102


Activity Date: 2/7/2006                    Participant: LOOP CORP SOUT DAKOTA

CONTINUANCE - ALLOWED -

Court Date: 2/15/2006              Judge: AGRAN, MARTIN S.
Court Time: 1130                   Microfilm: CH060080317
Court Room: 2102


Activity Date: 2/7/2006                    Participant: LOOP CORP SOUT DAKOTA

STRIKE FROM THE CALL - ALLOWED -

Court Date: 2/8/2006              Judge: AGRAN, MARTIN S.
Court Room: 2102                  Microfilm: CH060080317


Activity Date: 2/8/2006                    Participant: MARINE BANK

CERTIFICATE FILED

                                   Attorney: SONNENSCHEIN NATH &
                                   ROSEN


Activity Date: 2/8/2006                    Participant: MARINE BANK

CERTIFICATE OF MAILING FILED

                                   Attorney: SONNENSCHEIN NATH &
                                   ROSEN


Activity Date: 2/8/2006                    Participant: MARINE BANK

ANSWER FILED

                                   Attorney: SONNENSCHEIN NATH &
                                   ROSEN


Activity Date: 2/9/2006                            Participant: 200

Case: 1:04-cv-03082 Document #: 255-12  Filed: 07/09/07 Page 36 of 40 PageID #:4592

CERTIFICATE FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 2/9/2006                                    Participant: 200

MEMORANDUM FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 2/9/2006                                    Participant: 200

NOTICE OF FILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 2/10/2006                          Participant: OLD COLONY PARTNERS

CERTIFICATE OF MAILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 2/10/2006                          Participant: OLD COLONY PARTNERS

EXHIBITS FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 2/10/2006                          Participant: OLD COLONY PARTNERS

NOTICE OF MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 2/10/2006                          Participant: OLD COLONY PARTNERS

MOTION FILED

Attorney: ROBINSON CURLEY CLAYTON
P

Activity Date: 2/14/2006                          Participant: LOOP CORP SOUT DAKOTA

CONTINUANCE - ALLOWED -

Court Date: 3/2/2006                        Judge: AGRAN, MARTIN S.
Court Time: 1200                           Microfilm: CH060101090
Court Room: 2102

Activity Date: 2/15/2006                    Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 3/2/2006              Judge: AGRAN, MARTIN S.
Court Time: 1200                  Microfilm: CH060101080
Court Room: 2102


Activity Date: 2/21/2006                    Participant: MARINE BK

EXHIBITS FILED

Attorney: SONNENSCHEIN NATH &
ROSEN


Activity Date: 2/21/2006                    Participant: MARINE BK

NOTICE FILED

Attorney: SONNENSCHEIN NATH &
ROSEN


Activity Date: 2/21/2006                    Participant: MARINE BK

EMERGENCY MOTION/PETITION FILED

Attorney: SONNENSCHEIN NATH &
ROSEN


Activity Date: 2/22/2006                    Participant: MARINE BANK

MISCELLANEOUS MOTION - ALLOWED -

Court Room: 2102                  Judge: AGRAN, MARTIN S.
                                  Microfilm: CH060121268


Activity Date: 2/22/2006                    Participant: MARINE BANK

STRIKE FROM THE CALL - ALLOWED -

Court Room: 2102                  Judge: AGRAN, MARTIN S.
                                  Microfilm: CH060121268


Activity Date: 2/22/2006                    Participant: MARINE BANK

CASE SET ON STATUS CALL

Court Date: 3/8/2006              Judge: AGRAN, MARTIN S.
Court Time: 1030                  Microfilm: CH060121268
Court Room: 2102


Activity Date: 3/8/2006                     Participant: MARINE BANK

## CASE SET ON STATUS CALL

Court Date: 4/19/2006                    Judge: AGRAN, MARTIN S.
Court Time: 1030                         Microfilm: CH060151032
Court Room: 2102


Activity Date: 3/21/2006                 Participant: LOOP CORP

## CERTIFICATE OF MAILING FILED

Attorney: ROBINSON CURLEY CLAYTON
P


Activity Date: 3/21/2006                 Participant: LOOP CORP

## EXHIBITS FILED

Attorney: ROBINSON CURLEY CLAYTON
P


Activity Date: 3/21/2006                 Participant: LOOP CORP

## NOTICE FILED

Attorney: ROBINSON CURLEY CLAYTON
P


Activity Date: 3/21/2006                 Participant: LOOP CORP

## EMERGENCY NOTICE FILED

Attorney: ROBINSON CURLEY CLAYTON
P


Activity Date: 4/19/2006                 Participant: MARINE BANK

## CONTINUANCE - ALLOWED -

Court Date: 5/5/2006                     Judge: AGRAN, MARTIN S.
Court Time: 1000                         Microfilm: CH060252658
Court Room: 2102


Activity Date: 4/19/2006                 Participant: MARINE BANK

## CASE SET ON STATUS CALL

Court Date: 5/3/2006                     Judge: AGRAN, MARTIN S.
Court Time: 1030                         Microfilm: CH060252658
Court Room: 2102


Activity Date: 5/4/2006                  Participant: LOOP CORP SOUT DAKOTA

## CASE SET ON STATUS CALL

Court Date: 5/24/2006
Court Time: 1030
Court Room: 2102

Judge: AGRAN, MARTIN S.
Microfilm: CH060273732

Activity Date: 5/24/2006

Participant: MARINE BANK

CASE SET ON STATUS CALL

Court Date: 6/14/2006
Court Time: 1030
Court Room: 2102

Judge: AGRAN, MARTIN S.
Microfilm: CH060321376

Activity Date: 6/14/2006

Participant: MARINE BANK

CASE SET ON STATUS CALL

Court Date: 6/26/2006
Court Time: 1030
Court Room: 2102

Judge: AGRAN, MARTIN S.
Microfilm: CH060360933

Activity Date: 6/26/2006

Participant: MARINE BANK

CASE SET ON STATUS CALL

Court Date: 6/29/2006
Court Time: 1000
Court Room: 2102

Judge: AGRAN, MARTIN S.
Microfilm: CH060390772

Activity Date: 6/27/2006

Participant: MARINE BANK

CERTIFICATE OF MAILING FILED

Attorney: PRO SE

Activity Date: 6/27/2006

Participant: MARINEJ BANK

EXHIBITS FILED

Attorney: SONNENSCHEIN NATH &
ROSEN

Activity Date: 6/27/2006

Participant: MARINE BANK

NOTICE OF MOTION FILED

Attorney: PRO SE

Activity Date: 6/27/2006

Participant: MARINEJ BANK

MOTION FILED

Attorney: SONNENSCHEIN NATH &

ROSEN

Activity Date: 6/29/2006        Participant: MARINE BANK

CONTINUANCE - ALLOWED -

Court Date: 7/5/2006       Judge: AGRAN, MARTIN S.
Court Time: 1000
Court Room: 2102

Activity Date: 7/5/2006        Participant: 200 WEST PARTN ERS LP

SUBSTITUTE PARTY - ALLOWED -

Court Room: 2102       Judge: AGRAN, MARTIN S.
           Microfilm: CH000000000

Activity Date: 7/5/2006        Participant: 200 WEST PARTN ERS LP

GENERAL CHANCERY - MOTION PLAINTIFF DISPOSED

Court Room: 2102       Judge: AGRAN, MARTIN S.
           Microfilm: CH000000000

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Return to Search Page