# EXHIBIT A

ORDER          CCG N002-300M-2/28/05(43480658)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPT, LAW DIVISION

Golf Venture LLC,
    Plaintiff,

v.          No. 02 L 3667

Loop Corp., etc.,
    Defendants.

## ORDER

This cause coming on to be heard on Plaintiff's Emergency Petition for Rule to Show Cause against Banco Panamericano, Inc. and for Order Postponing Public Sale, notice having been served, and the court being advised in the premises;

It is hereby ordered:

1. The public sale scheduled by Banco for April 26 2007 at 1:00 pm in Sioux Falls South Dakota as set forth in Exhibit F to said Petition is hereby STAYED until further order of this Court.

2. This case is set for a report on status on May 9 2007 at 9:30 am without further notice.

3. Banco shall provide to Plaintiff by 5/8/07 the valuation as set forth in ¶ L of this Court's order of 3/13/07.

Atty. No.: 42684 Stephen A. Cohen
Name: Gordon & Rappold LLC
Atty. for: Plaintiff
Address: 20 S. Clark St. #2600
City/State/Zip: Chicago 60603
Telephone: 312-332-5200

ENTERED: 5/8/07

Dated: April __, 2007

ENTERED
JUDGE SHELDON GARDNER-1506
APR 24 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS