

LAW OFFICES
## ROBINSON CURLEY & CLAYTON, P.C.
SUITE 1700
300 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

TELEPHONE (312) 663-3100
FACSIMILE (312) 663-0303
www.robinsoncurley.com

C. PHILIP CURLEY
FAY CLAYTON
ALAN F. CURLEY
CYNTHIA H. HYNDMAN
SUSAN VALENTINE
ALAN R. DOLINKO
ROBERT S. MICHAELS
ROBERT L. MARGOLIS

LYDIA A. BUESCHEL
ADAM N. HIRSCH
MICHAEL J. O'DONNELL
ALEEZA M. STRUBEL

OF COUNSEL
ELLEN G. ROBINSON (Ret.)

August 31, 2009

**FILED**
SEP 01 2009 TG
Sep 1, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**VIA HAND DELIVERY**

Travis Grammer, Deputy Clerk
United States District Court
Clerk's Office 20th Floor
219 South Dearborn
Chicago, IL 60604

Re: *Wachovia Securities, et al. V. Neuhauser* No. 04-cv-03082

Dear Mr. Grammer:

I am writing this letter in response to your August 28, 2009 email. I am the attorney of record to be noticed for Banco Panamericano, Inc. On behalf of Robinson, Curley & Clayton, P.C. I request that you release the documents in the above captioned case.

Please release Document No. 415 - Joint Trial Exhibits by Banco Panamericano, Inc., to my paralegal Maria Noriega.

Very truly yours,

Alan R. Dolinko