

# DOCUMENTS TO BE PRODUCED AT CITATION

All books, papers and records owned by, held by, controlled by, in the name of, or on behalf of, you, (the "Judgment Debtor") in your possession or control, which may contain information concerning the property or income of, or indebtedness due Judgment Debtor, including, but not limited to, the following.

*"You" includes but is not limited to any entity you control, work with or for, or have a financial interest in (including financial interests through other entities such as LLC, LLP, family trusts, or corporation's or any other form of ownership.*

1. Copies of state and federal income tax returns for years 2005-2010.

2. Copies of all documents reflecting transfers of an asset or property to your wife, Leslie Jabine, for the years 2005-2010 (including but not limited to transfers of an interest in 401 Properties Limited Partnership).

3. A listing of all law and accounting firms utilized by you or any entity you control or have a financial interest in (including entities such as LLC, LLP or corporation's or any other form of ownership).

4. A list of all entities in which you or any entity you control or have a financial interest in (including interests through other entities such as LLC, LLP or corporation (or any other form of ownership).

5. Bank statements for years 2005-2010 from all banks or other institutions where you business or have an account of any kind.

6. Bank for years 2005-2010 from all banks, or other financial institutions or have an account of any kind related to any sole proprietorship, partnership, LLC, LLP or corporation (or any other form of ownership) in which you own any interest.

7. All trust agreements where you are a trustor, trustee, or beneficiary.

8. All deeds, leases, contracts and other documents representing any ownership interest you have in any real property and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

9. All stocks, bonds or other securities of any class you may own, individually or jointly with others, including options to purchase any securities.

10. Documents identifying any and all brokerage accounts you may own or control.

11. Titles to all motor vehicles owned by you.

12. All promissory notes held by you and all other documents evidencing money owed to you, either now or in the future, including but not limited to, accounts receivable.

13. All financial statements furnished by you for any purpose from January 1, 2005 through the present.

14. All deeds, bills of sale, or other documents prepared in connection with any transfer you have made either by gift, sale or otherwise from 2005-2010

15. All income statements and balance sheets prepared by or for you from 2005-2010.

16. Business records 2005-2010 which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you own any interest.

17. All records of any business of which you are owner or part-owner, or have been an owner from 2005-2010.

## DOCUMENTS TO BE PRODUCED AT CITATION

All books, papers and records in your possession or control related to Richard O. Nichols (the "Judgment Debtor") including but not limited to the following:

1. All documents (including but not limited to correspondence and e-mail) and files related to Judgment Debtor; documents and files related to any legal or tax work performed for Judgment Debtor; all financial documents; files related to tax disputes, tax work, tax filing preparation, tax filing backup documentation; estate planning for Judgment Debtor or his wife or family.

2. All deeds, leases, contracts and other documents representing any ownership or beneficial interest Judgment Debtor has in any real or personal property.

2. All promissory notes held by Judgment Debtor, and all other documents evidencing money owed to Judgment Debtor, either now or in the future.



3. All financial statements furnished Judgment Debtor for any purpose in the past five years.

4. All deeds, bills of sale, or other documents prepared in connection with any transfers from or to the Judgment Debtor within the past five years.

6. All records pertaining to the assets of Judgment Debtor.



EXHIBIT B